## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MARIA WILLIAMS,

    Plaintiff,

v.                                                CASE NO.  8:17-cv-439-T-26MAP

FIRST NATIONAL BANK OF AMERICA,

    Defendant.

_____/

## **O R D E R**

**UPON DUE CONSIDERATION** of the Joint Stipulation of Dismissal (Dkt. 16), it is **ORDERED AND ADJUDGED** that this case is dismissed with prejudice.  The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the case.

**DONE AND ORDERED** at Tampa, Florida, on April 18, 2018.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record